**150**

**Avenger Don RIDGEWAY,
Plaintiff–Appellant,**

v.

**Marion WARREN, ADA, Columbus County; Sheila Pridgen, Clerk of Court, Columbus County; Jon David, District Attorney, Columbus County, Defendants–Appellees.**

No. 15–7554.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 1, 2016.

Decided: Feb. 8, 2016.

Avenger Don Ridgeway, Appellant Pro Se.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Avenger Don Ridgeway appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B)(2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ridgeway v. Warren,* No. 5:15–ct03063–FL (E.D.N.C. Aug. 4, 2015). We deny Ridgeway's motion for an expedited hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*